# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

Shawna Harrington,
          **Plaintiff,**

v.

United States Postal Service, et al
          **Defendant(s)**

**APPLICATION TO PROCEED WITHOUT PAYMENT OF FEES**

**CASE NUMBER:**

I, __Shawna Harrington__ declare that I am the plaintiff in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  ☐ Yes   ☒ No

2. Are you currently employed?:  ☐ Yes   ☒ No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take home salary or wages and the name and address of your last employer.
June, 2009. Approx. $250-$300/week. Home Health Aide, Allison Stiles, 40 Hickory Grove Rd., VanEtten, NY 14889

3. In the past twelve months have you received any money from any of the following sources?:

    a. Business, profession or other self employment   ☐ Yes   ☒ No
    b. Rent payments, interest or dividends   ☐ Yes   ☒ No
    c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
    d. Disability or workers compensation payments   ☐ Yes   ☒ No
    e. Gifts or inheritances   ☐ Yes   ☒ No
    f. Any other sources   ☒ Yes   ☐ No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.
I receive $50/week in child support for my eldest son. I live with my boyfriend, Charles Saxman, with his two children, and our son, a total of four children. I am currently unemployed and Charles pays all of our living expenses beyond the $50.00/week **FORM F** I receive in child support. Charles earns approximately $300/week working for Southern Tier Commercial Cleaning. Charles pays $140/month as mortgage for the house we live in which is owned by Charles' father.

4. Do you have any cash, checking or savings accounts?:   ☐ Yes   ☒ No

If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other assets?:   ☒ Yes   ☐ No

If "Yes" describe the property and state its value (attach additional sheets as necessary):
Vehicle: 1983 Crown Victoria.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

My two sons. I in turn am dependent on Charles as the primary source of income for our family.

I declare under penalty of perjury that the above information is true and correct.

25 Nov 2009
DATE

/S/ Shawna Harrington
SIGNATURE OF APPLICANT
Shawna Harrington

**FORM F.2**